IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| DUKHAN MUMIN, | ) | 8:17CV98 |
|---|---|---|
| Plaintiff, | ) | |
| | ) | MEMORANDUM |
| v. | ) | AND ORDER |
| | ) | |
| DANIEL E. BRYAN JR., and JOHNSON COUNTY, NEBRASKA, | ) | |
| Defendants. | ) | |

On March 28, 2017, the court ordered Plaintiff to either show cause for why this case should not be dismissed pursuant to 28 U.S.C. § 1915(g) or pay the court's $400.00 filing and administrative fees. To date, Plaintiff has not made the required showing or paid the required fees.

IT IS THEREFORE ORDERED:

1. This matter is dismissed without prejudice because Plaintiff failed to prosecute it diligently and failed to comply with this court's orders.

2. The court will enter judgment by a separate document.

DATED this 2nd day of May, 2017.

BY THE COURT:

s/ *Richard G. Kopf*
Senior United States District Judge